UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gary et al,

    Plaintiff

Civil Action No. 3:23-cv-11673-MGM

    v.

Dynatrace, Inc. et al,

    Defendant

ORDER OF DISMISSAL
August 22, 2024

**MASTROIANNI, U.S.D.J.**

Pursuant to Rule 41.1 (b)(1) of the Local Rules of this Court and in accordance with the Order (Dkt. No. 35) issued on August 22 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for want of prosecution.

By the Court,

August 22 , 2023

/s/ *Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge