UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alyssa Gary, et. al.,

Plaintiff(s)                         Civil Action No. 3:23-cv-11673-MGM

v.

Dynatrace, Inc. et al,

Defendant(s)

<u>CORRECTED ORDER OF DISMISSAL</u>
August 23, 2024

**<u>MASTROIANNI, U.S.D.J.</u>**

    Pursuant to the court's Memorandum and Order of August 22, 2024 (Docket Number 35), it is hereby <u>ordered</u> that this case be closed.

    It is so ordered.

By the Court,

<u>August 23 , 2024</u>                      <u>/s/ *Mark G. Mastroianni*</u>
                                                    Mark G. Mastroianni
                                                    U.S. District Judge